**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **KRISTINE PETERSON ON BEHALF OF THE MINOR CHILD KENDRA PETERSON, MELISSA PETERSON, AND SHERRY HORNE, ALL INDIVIDUALLY AND AS LAWFUL HEIRS OF AND TO THE ESTATE OF CLINTON EUGENE "CHAVEZ" PETERSON, DECEASED, AND ESTATE OF CLINTON EUGENE "CHAVEZ" PETERSON, DECEASED**, <br>    *Plaintiffs*, <br><br> v. <br><br> **CITY OF DUNCANVILLE, DALLAS COUNTY, TEXAS, ROBERT D. BROWN, JR., IN HIS CAPACITY AS CHIEF OF POLICE, AND OFFICERS JOHN DOE I, JOHN DOE II, AND JOHN DOE III, IN THEIR RESPECTIVE INDIVIDUAL AND OFFICIAL CAPACITIES**, <br>    *Defendants*. | **CIVIL ACTION NO.: 3:15-CV-00247-M** <br> **JUDGE: HONORABLE BARBARA M.G. LYNN** |

### CERTIFICATE OF INTERESTED PERSONS

**PURSUANT TO** F.R.C.P. 7.1, LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiffs Kristine Peterson on Behalf of the Minor Child Kendra Peterson, Melissa Peterson, and Sherry Horne, All Individually and as Lawful Heirs of and to the Estate of Clinton Eugene "Chavez" Peterson, Deceased, and Estate of Clinton Eugene "Chavez" Peterson, Deceased provide the following information:

> For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"): ____
>
> **None**

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case: _____

> **Kristine Peterson** on Behalf of the Minor Child **Kendra Peterson**, Individually and as Lawful Heir of and to the Estate of Clinton Eugene Peterson Deceased, **Melissa Peterson**, Individually and as Lawful Heir of and to the Estate of Clinton Eugene Peterson Deceased, **Sherry Horne**, Individually and as Lawful Heir of and to the Estate of Clinton Eugene Peterson Deceased, **Estate of Clinton Eugene** "Chavez" **Peterson,** Deceased, **City** of **Duncanville**, Dallas County, Texas, **Robert D. Brown**, Jr., in his Capacity as Chief of Police, **John Doe I**, in Both His Individual and Official Capacities, **John Doe II**, in Both His Individual and Official Capacities, and **John Doe III**, in Both His Individual and Official Capacities.

THE AFORESAID and above-stated Certificate of Interested Persons is thus hereby

Respectfully Submitted unto the Court on this the   23RD   day of January, 2015.

**LAW OFFICE OF J. CHRISTOPHER ALEXANDER, SR., LLC**
Attorney and Counselor at Law

 /s/ J. CHRISTOPHER ALEXANDER, SR., ESQ.
J. Christopher Alexander, Sr., Esq.
Louisiana Bar Roll No.: 26591
3751 Government Street, Suite "A"
Baton Rouge, Louisiana 70806
225-761-9456 (telephone)
225-761-7899 (facsimile)
chris@jcalaw.us


**COHEN & ZWERNER, LLP**
Attorneys at Law

 /s/ DAVID F. ZWERNER, ESQ.
Mr. David F. Zwerner, Esq.
Texas Bar Roll No.: 22296800
211 North Record Street
Suite 450, LB 15
Dallas, Texas 75202
214-748-0681 (telephone)
214-742-7313 (facsimile)
cohzwerlaw@sbcglobal.net

**ALEXANDER & ALEXANDER, P.C.**
Attorneys and Counselors at Law

 /s/ BRIAN B. ALEXANDER, ESQ.
Brian Bienvenu Alexander, Esq.
Mississippi Bar Roll No.: 99365
220 Bookter Street
Bay St Louis, Mississippi 39520
228-467-0048 (telephone)
228-467-3118 (facsimile)
brianalexander@bellsouth.net