UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KRISTINE PETERSON, et al., § | |
| Plaintiffs, § | |
| v. § | No. 3:15-CV-247-M (BF) |
| CITY OF DUNCANVILLE, et al., § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Robert D. Brown, Jr.'s Renewed 12(b)(6) Motion to Dismiss [ECF No. 37], and Defendant the City of Duncanville's Renewed 12(b)(6) Motion to Dismiss [ECF No. 39] are **GRANTED**.

**SO ORDERED** this 24 day of August, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE