UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KRISTINE PETERSON, et al.,  § | |
| Plaintiffs, § | |
| v. § | No. 3:15-CV-247-M (BF) |
| ANDY ARMSTRONG, et al., § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants' (Armstrong & Edwards) 12(b)(6) Motion to Dismiss [ECF No. 70] is **GRANTED**.

**SO ORDERED** this 26th day of January, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE