UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KRISTINE PETERSON, et al., § | |
|     Plaintiffs, § | |
| v. § | No. 3:15-CV-247-M (BF) |
| ANDY ARMSTRONG, et al., § | |
|     Defendants. § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendants' (Armstrong & Edwards) 12(b)(6) Motion to Dismiss [ECF No. 70] is **GRANTED**.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims filed by Plaintiffs Melissa Peterson, Sherry Horne, the estate of Clinton Peterson, and Kristine Peterson, on behalf of minor child, Kendra Peterson, against Defendants Andy Armstrong and Eddie Edwards are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 26th day of January, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE