UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KRISTINE PETERSON, et al., § <br> Plaintiffs, § <br> v. § <br> TOM DAVIES, § <br> Defendant. § | No. 3:15-CV-247-M (BF) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's (Davies) 12(b)(6) Motion to Dismiss [ECF No. 93] is **GRANTED**.

**SO ORDERED** this 11 day of April, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE